1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFONRIA
## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| 8  Shantou Juhe Home Furnishings Co., Ltd., Shantou Mengxiang Home 9  Furnishings Co., Ltd., Jieyang Juxiaonian Trading Co., Ltd., and 10  Guangzhou Nafenai Trading Co., Ltd. | Case No. 2:25-cv-00350-MEMF-KS |

Ltd., Shantou Mengxiang Home
Furnishings Co., Ltd., Jieyang
Juxiaonian Trading Co., Ltd., and
Guangzhou Nafenai Trading Co., Ltd.

Case No. 2:25-cv-00350-MEMF-KS

**ORDER GRANTING JOINT STIPULATION TO AMEND COMPLAINT**

                     Plaintiffs,

v.

dbest products, Inc.

                     Defendant.

Judge: Maame Ewusi-Mensah Frimpong
Magistrate Judge Karen L. Stevenson

Jury Trial Demand

Complaint filed: January 13, 2025

**ORDER GRANTING JOINT STIPULATION TO AMEND COMPLAINT**
1

1    Pursuant to stipulation, and good cause appearing therefor,

2    IT IS HEREBY ORDERED that Plaintiffs are authorized to file a Second

3  Amended Complaint within 10 days of this order in the form submitted as Exhibit 1 to

4  the parties' Joint Stipulation to Amend Complaint.Counts III and IV of the complaint

5  are dismissed with prejudice.

6

7    **IT IS SO ORDERED.**

8

9

10  Dated:  April 28, 2025

11    _____

12    Hon. Maame Ewusi-Mensah Frimpong
     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28